GARY M. RESTAINO
United States Attorney
District of Arizona
RUI WANG
FRANCES KREAMER HOPE
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
rui.wang@usdoj.gov
frances.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

FILED
2022 MAY 25  PM 4: 25
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01144 TUC-SHR(EJM)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

  v.

Tyler Myers,

  Defendant.

**INDICTMENT**

VIOLATIONS:

**8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)**
(Conspiracy to Transport Illegal Aliens for Profit)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From a date unknown to on or about February 19, 2020, in the District of Arizona, Tyler Myers did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona | Dated: May 25, 2022 |
| /s/ | **REDACTED FOR PUBLIC DISCLOSURE** |
| FRANCES KREAMER HOPE<br>RUI WANG<br>Assistant United States Attorneys | |